

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-14-00137-CR |
| IN RE: GARY EUGENE SIMS, | | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | | |
| | § | ON PETITION FOR WRIT OF |
| | § | MANDAMUS |

**<u>MEMORANDUM OPINION</u>**

Relator, Gary Eugene Sims, a Texas inmate, has filed a petition for writ of mandamus against the 282nd District Court of Dallas County, Texas asking that we order the judge of that court to rule on three motions. We dismiss the mandamus petition for lack of jurisdiction.

A court of appeals has jurisdiction to issue a writ of mandamus against certain judges within its geographic district. TEX. GOV'T CODE ANN. § 22.221(b)(West 2004). A court of appeals also has authority to issue a writ of mandamus if it is necessary to enforce its jurisdiction. *Id*. § 22.221(a). Thus, we may issue a writ of mandamus against a judge outside of our district only if it is necessary to enforce the jurisdiction of this Court. Relator does not have any pending appeals before this Court and he has failed to show that the 282nd District Court has otherwise interfered with our appellate jurisdiction. Consequently, we dismiss the mandamus petition for lack of jurisdiction.

GUADALUPE RIVERA, Justice

May 14, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)